IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JANINE N. WILLIAMS,

                                         ORDER
                Plaintiff,

                              26-cv-182-wmc
     v.

FRANK BISIGNANO,
Commissioner of Social Security,

                Defendant.

Pursuant to a joint motion for remand (dkt. #6) filed by the parties on May 5, 2026,

IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to

sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further

proceedings as set forth in that stipulation.

Entered this 5th day of May, 2026.

                            BY THE COURT:

                            /s/

                            _____

                            WILLIAM M. CONLEY
                            District Judge